SOPHIA JOHNSON, DEFENDANT IN ERROR, v. LEMBECK & BETZ EAGLE BREWING COMPANY, PLAINTIFF IN ERROR.

Submitted December 7, 1908—Decided March 1, 1909.

On error to the Supreme Court, whose opinion is reported in 46 *Vroom* 282.

For the plaintiff in error, *J. Merritt Lane* and *Hudspeth & Carey*.

For the defendant in error, *Theodore Rurode*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons set forth in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, REED, TRENCHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VROOM, GRAY, DILL, J.J. 11.

*For reversal*—VREDENBURGH, J. 1.